AO 245D (Rev. 12/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

**TREVOR C. BURTTON**

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:26-CR-2-001(CDL)
USM No. 55371-509
MICHAEL GRANIMS, FDO
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1-6 of the term of supervision.

☒ was found in violation of condition(s) 7 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Left Judicial District without Authorization | 11/18/2025 |
| 2 | Failed to Report as Instructed | 01/12/2026 |
| 3 | Left Judicial District without Authorization | 01/10/2026 |
| 4 | Failed to Report as Instructed | 01/28/2026 |
| 5 | Failed to Obtain Approval before Moving to a New Residential Location | 01/28/2026 |
| 6 | Use of a Controlled Substance | 04/02/2025 |
| 7 | Failure to Refrain from Violation of Law | 02/02/2026 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 3857

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:

Columbus
Georgia

September 17, 2026
Date of Imposition of Judgment

s/ Clay D. Land
Signature of Judge

CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
Name and Title of Judge

9/22/2026
Date

AO 245D Judgment in a Criminal Case for Revocations
Rev. 12/19) Sheet 2— Imprisonment



DEFENDANT: TREVOR C. BURTTON
CASE NUMBER: 4:26-CR-2-001(CDL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Twenty-One (21) Months Imprisonment

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ____________________

at ____________________ with a certified copy of this judgment.

____________________________
UNITED STATES MARSHAL

By ____________________________
DEPUTY UNITED STATES MARSHAL